In the Matter of SOL A. MAKSIK et al., Appellants, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.

Argued April 10, 1950; decided May 18, 1950.

*Aaron Frank, Menahem Stim, Nathan L. Samuelson* and *Henry Hirsch* for appellants.

*Charles W. Chattaway* and *Alvin McKinley Sylvester* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.